IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH B. GIBBS,

    Plaintiff,

No. C-13-0860 TEH (PR)

ORDER GRANTING REQUEST FOR EXTENSION OF TIME

(Doc. #4)

_____/

    Plaintiff Kenneth Gibbs, an inmate at Pelican Bay State Prison in Crescent City, California, commenced this action on February 26, 2013 by submitting a letter to the Court. On the same date, the Clerk of the Court sent Plaintiff written notice that he must submit his claims on the Court's civil rights complaint form and he must also file an application to proceed <u>in forma pauperis</u> (IFP) or pay the $350.00 filing fee. The Clerk informed Plaintiff that if he did not file the required documents within twenty-eight days of the filing date of the notices, his case would be dismissed, the file closed and the entire filing fee would be due and payable.

    On March 13, 2013, Plaintiff submitted a letter to the Court requesting an extension of time, to May 5, 2013, to file a complaint and an application to proceed IFP. For good cause

appearing, the Court GRANTS the request. Plaintiff's complaint and IFP application are now due on May 5, 2013.

IT IS SO ORDERED.

DATED  *03/21/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Gibbs 13-860 eot.wpd

2