IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GIBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>CARSON, et al.,<br><br>    Defendants.                     / | No. C 13-0860 TEH (PR)<br><br>**ORDER SERVING UNSERVED DEFENDANT MARTINELLI; EXTENDING DISPOSITIVE MOTION DEADLINE** |

      On February 26, 2013, Plaintiff Kenneth Gibbs, an inmate at California State Prison-Sacramento (CSP-SAC), filed this civil rights action under 42 U.S.C. § 1983 raising twenty-three claims against forty defendants who worked at Pelican Bay State Prison (PBSP), where Plaintiff was formerly incarcerated. On April 24, 2013, the Court issued an Order dismissing the complaint with leave to amend and, on May 8, 2013, Plaintiff filed a first amended complaint (FAC). On May 16, 2013, the Court screened the FAC and ordered service of eight cognizable claims against twelve defendants.

      On February 19, 2014, Plaintiff filed a motion for leave to file a second amended complaint (SAC) adding Dr. Thomas

Martinelli as a defendant on his Eighth Amendment claim for deliberate indifference to serious medical needs. On May 13, 2014, the Court granted the motion and directed the Marshal to serve Dr. Martinelli at Sutter Coast Hospital in Crescent City, California — where Plaintiff indicated he was located.

On June 6, 2014, the United States Marshal informed the Court that it could not serve Dr. Martinelli at the location provided. Accordingly, the Court ordered Plaintiff to provide the Court with a current location for Dr. Martinelli such that the Marshal could effectuate service. Subsequently, on July 30, 2014, Plaintiff provided the following location information for Defendant Martinelli:

> Thomas J. Martinelli, M.D.
> 860 Miramonte Drive
> Santa Barbara, CA 93109

Accordingly, the Clerk shall issue summons and the United States Marshal shall serve, without prepayment of fees, copies of the SAC in this matter (docket 95), all attachments thereto, this Order, the Order of Service (docket 16), and the Court's May 13, 2014 Order (docket 94) on Defendant Martinelli at the address provided above. The Clerk also shall serve a copy of this Order on Plaintiff.

Defendants' dispositive motion is currently due on or before September 15, 2014. Because Defendant Martinelli remains to be served, the Court sua sponte GRANTS an extension of time as follows:

Defendants shall file a dispositive motion by November 17, 2014. Plaintiff's opposition to the dispositive motion shall

2

be filed with the Court and served upon Defendants no later than twenty-eight (28) days after Defendants serve Plaintiff with the motion. Defendants shall file a reply brief within fourteen (14) days of the date on which Plaintiff serves them with the opposition.

    IT IS SO ORDERED.

Dated: 08/12/2014

**THELTON E. HENDERSON**
**UNITED STATES DISTRICT JUDGE**

G:\PRO-SE\TEH\CR.13\Gibbs 13-860 Serve Martinelli.wpd